Antonio Goldsmith, pro se.

THE STATE OF OHIO, APPELLANT, *v.* NORRIS, APPELLEE.

[Cite as *State v. Norris,* 123 Ohio St.3d 163, 2009-Ohio-4904.]

(No. 2009–0442—Submitted August 11, 2009—Decided September 22, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Harris,* 122 Ohio St.3d 373, 2009-Ohio-3323, 911 N.E.2d 882.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for appellant.